IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 11  PM 4: 14

| | | |
|---|---|---|
| RON R. REDDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | Case No.  0 5 -  4 8 3 |
| VERIZON and COMMUNICATIONS WORKERS OF DE, | ) | |
| | ) | Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant Verizon Delaware Inc., pursuant to 28 U.S.C. §§ 1441(b) and 1446(b), hereby files this Notice of Removal and states as follows in support thereof:

1. Verizon Delaware Inc. is a corporation engaged in interstate commerce and is a named defendant in <u>Reddell v. Verizon and Communications Workers of DE</u>, Civil Action No. J0506056812, pending in the Justice of the Peace Court Of The State of Delaware, In And For New Castle County, Court No. 12 (the "State Court Action"). Plaintiff Ron R. Reddell is the named plaintiff in the State Court Action.

2. Plaintiff commenced the State Court Action *pro se* on or about June 10, 2005 by filing his Complaint. Defendant Verizon Delaware Inc. was served with a copy of the Complaint on June 24, 2005 by a constable. A copy of the Complaint is attached hereto as Exhibit A. No other process, pleadings or orders have been received to date in this matter by Verizon Delaware Inc.

3. This Notice is being filed with this Court within thirty (30) days of service of the Complaint upon defendant Verizon Delaware Inc.

4. Plaintiff's Complaint alleges denial of payment of a "settlement fee"

allegedly due him arising out of the settlement of a labor dispute based on a collective bargaining contract between Verizon Delaware Inc. and the labor union identified by Plaintiff as the Communications Workers of Delaware, Local 13101, which is a labor organization engaged in representing employee members in Delaware. See Complaint, ¶ 1. The above-entitled civil action is therefore based on the alleged violation of a contract between an employer and a labor organization representing employees in an industry affecting interstate commerce as defined in Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

5.　This Court has original jurisdiction, without regard to the amount in controversy or citizenship of the parties, over Plaintiff's claim since the Labor Management Relations Act, 29 U.S.C. § 141, *et seq.*, is a law of the United States. See 28 U.S.C. § 1331 ("district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States"). Additionally, this Court has jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

6.　Whenever a district court has original jurisdiction over one claim asserted by a plaintiff, "the entire case may be removed and the district court may determine all issues therein." See 28 U.S.C. § 1441(c).

7.　All defendants consent to this removal. Defendant Communications Workers of Delaware, Local 13101, will file its written consent to removal.

8.　Promptly after the filing of this Notice of Removal, defendant Verizon Delaware Inc. shall give written notice of the removal to Plaintiff and to the Clerk in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: July 11, 2005

Respectfully submitted,

_____
Duane D. Werb (DE #1042)
Jennifer H. Unhoch (DE #4469)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Richard F. Shaw
Pro Hac Vice Admission Pending, Pa. Bar No. 78814
JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
rfshaw@jonesday.com

Counsel for Defendant
Verizon Delaware Inc.

PII-1122959v1

# EXHIBIT A

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
COURT NO. 12

COURT ADDRESS:                              CIVIL ACTION NO. J0506056812
JP COURT 12                                 995-8646
212 GREENBANK ROAD
WILMINGTON, DE 19808

RON R REDDELL
    ----- VS -----
VERIZON , COMMUNICATION WORKERS OF DE


VERIZON
3910 KIRKWOOD HWY.
WILMINGTON , DE 19808-

SUMMONS

TO ANY CONSTABLE OF SAID COUNTY OR OTHER DULY APPOINTED
PROCESS SERVER:
    WE COMMAND YOU TO SUMMON VERIZON,
THE DEFENDANT(S) TO ANSWER PLAINTIFF'S CLAIMS AGAINST THE
DEFENDENT(S) AS STATED IN THE ATTACHED COMPLAINT, AND SERVE UPON
SAID DEFENDANT(S) A COPY OF THIS SUMMONS AND COMPLAINT.
TO THE DEFENDANT(S):
    WITHIN 15 DAYS AFTER YOU RECEIVE THIS SUMMONS, EXCLUDING THE
DAY YOU RECEIVE IT, YOU MUST COMPLETE AND RETURN TO THE ABOVE NAMED
JUSTICE OF THE PEACE COURT, THE ENCLOSED ANSWER (OR OTHER SUCH
FILING) IF YOU DENY OWING ALL OR PART OF THE MONEY CLAIMED AS A DEBT
AGAINST YOU BY THE PLAINTIFF IN THE COMPLAINT.
    FAILURE TO FILE AN ANSWER, OR OTHER WRITTEN DOCUMENT RELATED TO
THIS CLAIM, WITH THE JUSTICE OF THE PEACE COURT MAY RESULT IN A
DEFAULT JUDGMENT BEING ENTERED AGAINST YOU AND ACTION MAY BE TAKEN
BY THE PLAINTIFF, SUCH AS THE ATTACHMENT OF YOUR WAGES OR THE
ATTACHMENT AND SALE OF YOUR PROPERTY, TO SATISFY THE JUDGMENT.
    IN REPLEVIN ACTION: YOU ARE HEREBY ORDERED NOT TO
INTENTIONALLY DESTROY, DAMAGE, SELL OR CONCEAL THE PROPERTY IN
QUESTION. A VIOLATION OF THE ORDER COULD RESULT IN A CIVIL CONTEMPT
JUDGMENT BEING ISSUED AGAINST YOU, IN ACCORDANCE WITH 10 DEL.C. 9506
    WAIVER OF JURY TRIAL: YOU ARE WAIVING TRIAL BY JURY.
    IT IS SO ORDERED THIS 06/21/2005

                                    _____M. Walker_____ (SEAL)
                                    ~~JUSTICE OF THE PEACE~~/COURT OFFICIAL

CONSTABLE NOTES: _____Served on Mr. Kelvey Whitener_____
SERVED ON: _____6/24/05  11:25am_____ (DATE & TIME)
CONSTABLE: _____Collins_____


J.P. CIVIL FORM NO. 3 (06/15/00)

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR _____ COUNTY
COURT NO. _____

COURT ADDRESS _____ CIVIL ACTION NO. J05-06-0568-12

'05 JUN 10 AM 8 25

**PLAINTIFF(S)** VS. **DEFENDANT(S)**
1) Name: Ron Raymond Reddy
   Address: 2907 Crossfork DR/2B
   Wilmington, DE 19808
   Phone: 302 998-9031
2) Name: _____
   Address: _____
   Phone: _____

1) Name: Verizon
   Address: 3910 Kirkwood Hwy
   Wilm, DE 19808
   Phone: 302 995-7941
2) Name: Communication Workers of
   DEL Address: 350 Gooding DR
   Newark DE 19702
   Phone: 737-0400

Plaintiff's Attorney, if any: _____
Defendant's Attorney, if any: _____

Check One ☐ Individual ☑ Corporation or other
Artificial entity (see Supreme Court Rule 57)

Check One ☐ Individual ☑ Corporation or other
Artificial entity (see Supreme Court Rule 57)

**Type of Service:** Court Service ☑
(Check One) Special Process Server ☐

Rental Unit Address: _____

**Type of Action:** Debt ☑  Trespass ☐  Replevin ☐  Summary Possession ☐ (Landlord/Tenant)
Deficiency Judgment 6 Del. C. § 9-601 ☐

**COMPLAINT**

1. Concise Statement of Facts: (Who, What, When, Where, How?)
   Denied $1,000.00 settlement fee from Verizon on Dec 16, 2004 for Labor Dispute with Local 13101 in Delaware.

IN TRESPASS ACTIONS: The injury caused by the trespass must be described by Plaintiff in the statement of facts:

2. Relief Sought:
   $ 1,000.00 Amount of money claimed. (Not including interest)
   $ \_\_\_ Pre Judgment Interest at or \_\_\_% legal rate \_\_\_% contractual rate
   $ \_\_\_ Post Judgment Interest at the legal rate OR contractual rate of \_\_\_%
   $ 30.00 Court Costs
   $ \_\_\_ Other
   ☐ Possession    Jury Trial Demanded (Possession Only):  ☐ Yes  ☑ No
   ☐ Return of personal property or $ \_\_\_ Total value (Attach list of property stating description, number and value of items on 8 1/2" x 11" paper

TO: THE COURT OF THE JUSTICES OF THE PEACE
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process. I acknowledge that unless a jury trial is demanded for summary possession (Landlord Tenant cases), I waive trial by jury of the claims in this complaint.

6-10-2005
Date

Ron R. Reddy
Plaintiff or Plaintiff's Attorney

J.P. Civ. Form No. 1 (Rev. 2/6/04)
Doc. No. 02-13-95-05-01

## CERTIFICATE OF REPRESENTATION
## FOR AN ARTIFICIAL ENTITY OR PUBLIC BODY
## IN CIVIL CASES IN THE JUSTICE OF THE PEACE COURT

[PLEASE READ THE INFORMATION ON THE BACK OF THIS FORM BEFORE COMPLETING THE FORM. This certification form must be completed by an officer of the artificial entity or public body as defined by Supreme Court Rule 57, notarized and the original forwarded to the Chief Magistrate, 5 East Pine Street, Georgetown, Delaware 19947, along with the $15 annual fee. Check or money order should be made payable to the Delaware Supreme Court.]

NAME OF ARTIFICIAL ENTITY/PUBLIC BODY (please print): _____

YOU MUST CHECK ONE OF THESE TO BE ELIGIBLE TO USE RULE 57:
TYPE: DE Corporation _____, Partnership _____, Limited Liability Co. _____, Association _____, Estate _____, Trust _____, Public Body _____.
Entity with Registered Tradename or Title (see back of form for explanation) _____, Foreign Corp. registered in DE _____.

HAS ITS PRINCIPAL OFFICE AT _____
(Street Address, City, State, Zip Code)    (Phone)
Appoints _____ to appear on behalf of the artificial entity/public body in all matters before the Justice of the
(NAMED REPRESENTATIVE please print)
of the Peace Court of the State of Delaware. The artificial entity or public body, through signature of an officer on this document, ratifies and confirms that the named representative is authorized to appear on its behalf in all matters before the Justice of the Peace Court, and agrees that it will be bound by the results of that representation. This certification makes the named representative of the artificial entity or public body an agent only for purposes of this representation. By filing a certification, the artificial entity or public body and its named representative are subject to the sanctions set forth in Justice of the Peace Court Rules for inappropriate actions.

The artificial entity/public body, through signature of an officer on this document, certifies and affirms:
 (1) That the artificial entity/public body is in good standing.
 (2) That the named representative is:
(CHECK ONE)
_____ chief executive, president or chair
_____ vice-president or vice-chair
_____ secretary or assistant secretary
_____ treasurer or assistant treasurer
_____ trustee of a trust
_____ executor or administrator of an estate
_____ general partner of a limited or general partnership
_____ manager or member of a limited liability company
_____ other officer (specify) _____
_____ full-time employee who has experience in the operations of the artificial entity/public body and knowledge of the necessary facts and law relevant to the action before the Justice of the Peace Court
_____ manager who is responsible for the management of the property at issue in the action before the Court

 (3) That the named representative has not been disbarred from, or is not currently under suspension or probation with respect to, the practice of law in any state or jurisdiction within the United States; and has not been convicted of a felony or a crime involving dishonesty or false statement in the ten (10) year period immediately prior to the appearance of the named representative in the Court; and has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; and is not an employee whose primary duty is to prosecute or defend Justice of the Peace Court civil actions; and has not had any prior authorization pursuant to this rule revoked by the Chief Magistrate.

EXECUTED BY: _____    NAME OF OFFICER(Printed): _____
   Officer of Artificial Entity or Public Body
                                                  POSITION OF OFFICER: _____

SWORN TO AND SUBSCRIBED before me this _____ day of _____ A.D. 20 _____.

                                                  _____
                                                  (Notary Public)

EXECUTED BY: _____
   Named Representative

SWORN TO AND SUBSCRIBED before me this _____ day of _____ A.D. 20 _____.

                                                  _____
                                                  (Notary Public)

J.P. Civ. Form 50 Rev. 01/05                              Document Control No. 02-13-96-06-26

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
COURT NO. 12

COURT ADDRESS:
JP COURT 12
212 GREENBANK ROAD
WILMINGTON, DE 19808

CIVIL ACTION NO. J0506056812

RON R REDDELL
----- VS -----
VERIZON , COMMUNICATION WORKERS OF DE

### DEFENDANT'S ANSWER TO THE COMPLAINT

CHECK ALL THAT ARE APPROPRIATE:

A. ____ I admit that I owe the debt or claim in the complaint and DO NOT WANT A TRIAL. This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the plaintiff. YOU WILL BE GIVING UP YOUR RIGHT TO A TRIAL AND WILL NOT HAVE A RIGHT TO APPEAL YOUR DECISION TO ADMIT THIS DEBT OR CLAIM.

B. ____ I WANT A TRIAL.

____ DEBT ACTIONS ONLY: In addition to a trial, I request that the plaintiff provide me with a more detailed statement of claim (Bill of Particulars).

DATED: _____        _____
                                 DEFENDANT SIGNATURE

_____               _____
DEFENDANT ATTORNEY, IF ANY       DEFENDANT ADDRESS

_____               _____
ATTORNEY ADDRESS                 DEFENDANT CITY, STATE, ZIP

_____               _____
ATTORNEY CITY, STATE, ZIP        DEFENDANT WORK/HOME PHONE

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

IF YOU ARE A CORPORATION OR OTHER ARTIFICIAL ENTITY OR PUBLIC BODY:
1. This Answer Must be signed by an attorney or person designtated by a Certificate of Representation (Form 50) prior to filing this answer
2. Only an attorney or person designated on a Form 50 may represent you in JP Court. 3. YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50). Or you may obtain a Form 50 from your nearest JP CIVIL COURT.

# ARTIFICIAL ENTITY AND PUBLIC BODY *PRO SE* REPRESENTATION IN CIVIL ACTIONS IN THE JUSTICE OF THE PEACE COURT

➢ **What does Supreme Court Rule 57 do?** Rule 57 allows artificial entities or public bodies to file or defend a case and to appear in Justice of the Peace Court without being represented by a duly licensed Delaware attorney.

➢ **How do I know if I am an artificial entity or public body and can appear in the Justice of the Peace Court without an attorney under Rule 57?** Under Supreme Court Rule 57, an artificial entity means any corporation incorporated in Delaware or doing business in Delaware pursuant to the provisions of 8 *Del.C.* § 371, any limited liability company defined under the provisions of 6 *Del.C.* § 18-101, any partnership or limited partnership as defined in 6 *Del.C.* § 15-101(11) et seq., any trust as defined in 12 *Del.C.* § 3501 et seq., any estate as defined in 12 *Del.C.* § 1501 et seq., or other entity which has filed a certificate in the office of the Prothonotary in the County in which it does business designating a tradename or title pursuant to 6 *Del.C.* § 3101. Public body means any regulatory, administrative, executive, or legislative body of the State or of any political subdivision of the State, including, but not limited to, any board, bureau, commission, department, division, district, agency, authority, or any municipal or county government. IF YOUR ORGANIZATION DOES NOT FALL UNDER ONE OF THESE CATEGORIES, YOU MAY NOT TAKE ADVANTAGE OF RULE 57 PROVISIONS. For example, if Joe Jones is a sole proprietor doing business as "Jones Restaurant", Joe Jones must appear himself (or have an attorney represent him) in Justice of the Peace Court cases unless he either establishes a corporation, partnership, limited liability company, and/or registers his tradename in the office of the Prothonotary at the Superior Court of the county in which his business is located, and then files a Form 50, along with the annual fee, in the Chief Magistrate's office.

➢ **How can artificial entities or public bodies take advantage of Rule 57?** MOST IMPORTANTLY, J.P. CIV. FORM NO. 50 MUST BE COMPLETED, NOTARIZED AND FORWARDED TO THE CHIEF MAGISTRATE, 5 EAST PINE STREET, GEORGETOWN, DELAWARE 19947, ALONG WITH THE $15.00 ANNUAL REGISTRATION FEE. The certificate must be signed by an officer of the artificial entity or public body (the definition of "officer" for Rule 57 is explained below) and the representative (see below), in the presence of a notary public. A $15.00 annual registration fee must be sent with the original Form 50 to the Chief Magistrate's office. A check or money order must be made payable to the **Delaware Supreme Court**. *PLEASE BE SURE TO KEEP A COPY OF THE COMPLETED FORM 50 FOR YOUR RECORDS*, and a clocked in copy with you everytime you are in Court.

➢ **Does Rule 57 allow an entity to appear without an attorney in all Delaware courts?** NO. Provisions of Supreme Court Rule 57 only allow an artificial entity to appear without representation by an attorney in the Justice of the Peace Court. If a case is appealed to the Court of Common Pleas, artificial entities must be represented by an attorney in that court and other Delaware courts.

➢ **Who can sign the Form 50 certifying the named representative for the artificial entity?** The Form 50 must be signed by an officer of the artificial entity or public body. To sign as an officer under Rule 57, a person must be one of the following: the chief executive, operating, financial, legal or accounting officer of an artificial entity or public body; chair of the governing board, president, treasurer, secretary, vice-president, vice-chair, assistant secretary, assistant treasurer, superintendent, or other person who performs a major policy making function for the artificial entity or public body; trustee of a trust; executor or administrator of an estate; general partner of a limited or general partnership; manager or member of a limited liability company; or any other individual designated as an officer by the artificial entity or public body. By signing the form, the officer is certifying under oath that the named representative has not been disbarred from, or is not currently under suspension or probation with respect to the practice of law in any State or jurisdiction within the United States; has not been convicted of a felony or crime involving dishonesty or false statement in the ten year period prior to the appearance of the representative in the Court; has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; has not had any prior certification revoked by the Chief Magistrate; and that it is not an employee's primary duty to prosecute or defend Justice of the Peace Court civil actions. The officer who signed the form has the continuing responsibility to notify the Chief Magistrate's office and the Justice of the Peace Court in which the artificial entity or public body has a case pending of any material change and circumstances affecting the certificate. This notification must occur within a reasonable time and at least one week prior to any appearance in a Justice of the Peace Court of the officer or employee involved.

➢ **Who can serve as a representative for an artificial entity or public body?** An officer as defined in Rule 57 may serve as a representative of an artificial entity or public body. In addition, a full-time employee who has experience in the operations of the artificial entity or public body and has knowledge of the necessary facts and law relevant to the case before the Justice of the Peace Court, or a manager who is responsible for the management of the property at issue in a case before the J.P. Court may also represent the entity or public body. A separate form must be filed for each representative.

➢ **How often does the Form 50 certificate need to be filed?** Form 50 certificates must be renewed annually by filing a new Form 50, along with the $15.00 fee, with the Chief Magistrate's office on or before January 15th of each year. To be considered a renewal for the next year, the new Form 50 cannot be filed with the Chief Magistrate's office before December 15th (one month prior to the January 15th date). Certifications accepted on or after December 15th of each year are valid for the remainder of the certification term and also serve as a renewal for the one year period following January 14th, unless terminated or revoked. The Chief Magistrate may revoke a certification at the Chief Magistrate's discretion, upon review of a certificate or upon recommendation of a Justice of the Peace. *The ability of a non-lawyer to represent an artificial entity or public body in the Justice of the Peace Court is a privilege, not a right.* Certificates containing false or fraudulent information shall be forwarded by the Chief Magistrate to the Department of Justice for prosecution or other action and to the Board on the Unauthorized Practice of Law, and representatives and officers signing the Form 50 may be sanctioned under the J.P. Rules for inappropriate actions.

➢ **What should an artificial entity do if the named representative leaves?** When an officer or employee who has been certified to represent an artificial entity or public body leaves the employ of that entity, the entity must notify the Justice of the Peace Court in which an action is pending and the Chief Magistrate's office in writing immediately upon the termination of the officer or employee.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was served via first class mail postage prepaid, this 11th day of July, 2005, upon the following:

Ron. R. Reddell
2907 Crossfork Drive/ 2B
Wilmington, DE 19808

Richard H. Markowitz, Esq.
MARKOWITZ & RICHMAN
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

Communications Workers of America, Local 13101
350 Gooding Drive
Newark, DE 19702

_____
Duane D. Werb, Esq.