IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 11 PM 4: 14

| | | |
|---|---|---|
| RON R. REDDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | Case No. 05 - 483 |
| VERIZON and COMMUNICATIONS WORKERS OF DE, | ) | |
| | ) | Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Richard F. Shaw to represent Verizon Delaware Inc. in this matter.

Respectfully submitted,

_____
Duane D. Werb (DE #1042)
Jennifer H. Unhoch (DE #4469)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Attorney for Verizon Delaware Inc.

Date: July 11, 2005

PII-1123003v2

- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RON R. REDDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) Case No. |
| VERIZON and COMMUNICATIONS | ) |
| WORKERS OF DE, | ) Judge |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____    _____
United States District Judge

PII-1123003v2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RON R. REDDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. |
| VERIZON and COMMUNICATIONS ) | |
| WORKERS OF DE, ) | Judge |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

- 3 -

PII-1123003v2

- 4 -

Respectfully submitted,

/s/ *Richard F. Shaw*
Richard F. Shaw
July 11, 2005

JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
rfshaw@jonesday.com

Counsel for Defendant
Verizon Delaware Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion And Order For Admission Pro Hac Vice was served via first class mail postage prepaid, this 11th day of July, 2005, upon the following:

Ron. R. Reddell
2907 Crossfork Drive/ 2B
Wilmington, DE 19808

Richard H. Markowitz, Esq.
MARKOWITZ & RICHMAN
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

Communications Workers of America, Local 13101
350 Gooding Drive
Newark, DE 19702

Duane D. Werb (DE #1042)