IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RON R. REDDELL,<br><br>   Plaintiff,<br><br>v.<br><br>VERIZON and COMMUNICATIONS WORKERS OF DE,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-483<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Werb & Sullivan hereby withdraws its appearance in the captioned matter on behalf of defendant Verizon Delaware Inc. and the law firm of Potter Anderson & Corroon LLP hereby enters its appearance on behalf of defendant Verizon Delaware Inc.

| WERB & SULLIVAN | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Duane D. Werb<br> Duane D. Werb (#1042)<br> Jennifer H. Unhoch (#4469)<br>300 Delaware Avenue<br>13th Floor<br>P.O. Box 25046<br>Wilmington, DE 19801<br>(302) 652-1100 | By: /s/ Kathleen Furey McDonough<br> Kathleen Furey McDonough (#2395)<br>Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br><br>Attorneys for Defendant<br>Verizon Delaware Inc. |

Dated: July 15, 2005
690510

**CERTIFICATE OF SERVICE**

I, Kathleen Furey McDonough, hereby certify that on this 15th day of July, 2005, two (2) true and correct copies of the within document was caused to be served on the Plaintiff *pro se* and on counsel of record at the following addresses and in the manner indicated:

**BY U.S. MAIL**

Ron R. Reddell, *pro se*
2907 Crossfork Drive/2B
Wilmington, Delaware 19808

Richard F. Shaw
JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, Pennsylvania 15219

Richard H. Markowitz
MARKOWITZ & RICHMAN
1100 North American Building
121 South Broad Street
Philadelphia, Pennsylvania 19107

_____
Kathleen Furey McDonough

PA&C - 690510