IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RON R. REDDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. 05-483 |
| VERIZON and COMMUNICATIONS ) | |
| WORKERS OF DE, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel for Verizon Delaware Inc., hereby certifies as follows pursuant to Federal Rule of Civil Procedure 7.1(a):

1. Parent Companies: The parent company of Verizon Delaware Inc. is Verizon Communications Inc. Verizon Communications Inc. owns 100 percent of Verizon Delaware Inc. Verizon Communications Inc. does not have a parent corporation and no other publicly held corporation owns 10% or more of its stock.

2. Publicly Held Companies: Verizon Communications Inc. is publicly traded on the New York Stock Exchange.

POTTER ANDERSON & CORROON LLP

/s/ *Kathleen Furey McDonough*
Kathleen Furey McDonough (#2395)
Suzanne M. Hill (#4414)
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
kmcdonough@potteranderson.com
shill@potteranderson.com

                                        Richard F. Shaw
                                        Pro Hac Vice Admission Pending,
                                        Pa. Bar No. 78814
                                        JONES DAY
                                        500 Grant Street, Suite 3100
                                        Pittsburgh, PA 15219
                                        Telephone: (412) 391-3939
Dated: July 18, 2005               Facsimile: (412) 394-7959
690995                                             rfshaw@jonesday.com

**CERTIFICATE OF SERVICE**

I, Kathleen Furey McDonough, hereby certify that on July 18, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

<u>Via U.S. Mail</u>

Ron. R. Reddell, *pro se*
2907 Crossfork Drive/ 2B
Wilmington, DE 19808

<u>Via Facsimile and U.S. Mail</u>

Richard H. Markowitz, Esq.
MARKOWITZ & RICHMAN
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

POTTER ANDERSON & CORROON LLP

Dated: July 18, 2005

/s/ Kathleen Furey McDonough
Kathleen Furey McDonough (#2395)
Suzanne M. Hill (#4414)
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
kmcdonough@potteranderson.com
shill@potteranderson.com

Attorneys for Defendant
Verizon Delaware Inc.