## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RON REDDELL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | CASE NO. 05-483 |
| ) | |
| VERIZON and COMMUNICATIONS ) | |
| WORKERS of DE, ) | JUDGE |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Richard H. Markowitz to represent Communications Workers of DE in this matter.

                        Clifford B. Hearn, Jr., P.A.

                        /s/ Clifford B. Hearn, Jr.
                        Clifford B. Hearn, Jr., Esquire
                        606 Market Street
                        Wilmington, DE  19801
                        (302) 575-0220
                        Attorney for Defendant
                              Communications Workers of DE
                        Bar No.:  129