**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RON REDDELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | CASE NO. 05-483 |
| | ) | |
| VERIZON and COMMUNICATIONS | ) | |
| WORKERS of DE, | ) | JUDGE |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

DATED: _____            _____
                                                         United States District Judge