IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RON REDDELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | CASE NO. 05-483 |
| | ) | |
| VERIZON and COMMUNICATIONS | ) | |
| WORKERS of DE, | ) | JUDGE |
| | ) | |
| Defendants. | ) | |

## CONSENT TO REMOVAL

Defendant, Communications Workers of America, Local 13101 herewith consents to the Notice of Removal of the within action from the Justice of the Peace Court of the State of Delaware, in and for New Castle County, Court No. 12 to the United States District Court for the District of Delaware.

                                                     Clifford B. Hearn, Jr., P.A.

                                                     /s/ Clifford B. Hearn, Jr.
                                                     Clifford B. Hearn, Jr., Esquire
                                                     606 Market Street
                                                     Wilmington, DE  19801
                                                     (302) 575-0220
                                                     Attorney for Defendant
                                                          Communications Workers of DE
                                                     Bar No.:  129