**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Consent to Removal was served via first class mail postage prepaid, this 3rd day of August, 2005 upon the following:

Ron R. Reddell
2901 Crossfork Drive
#2B
Wilmington, DE  19808

Richard F. Shaw, Esquire
Jones Day
500 Grant Street
Suite 3100
Pittsburgh, PA  15219

Kathleen Furey McDonough, Esquire
Hercules Plaza
1313 N. Market Street
P O Box 951
Wilmington, DE  19899


Clifford B. Hearn, Jr., P.A.


/s/ Clifford B. Hearn, Jr.
Clifford B. Hearn, Jr., Esquire
606 Market Street
Wilmington, DE  19801
(302) 575-0220
Attorney for Defendant
　　Communications Workers of DE
Bar No.:  129