Judge Sleet

I wish to make it known that I Ron R Reddell wish to have case 1:05cv-483 dismissed.

Ron R Reddell
2-4-06

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 FEB 13 PM 12:06

CERTIFICATE OF SERVICE

I Ron R Reddell have notified by mail all parties involved in case 1:05-cv-483 that I wish it to be dismissed

*Ron R Reddell*
2-2-06





Judge Gregory M Sleet
844 N. King St
Wilm, DE
19801

- 19899



Mr. Ron Reddell
Apt. 2B
2907 Crossfork Dr.
Wilmington, DE 19808

U.S.M.S.
X-RAY

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 FEB 13 PM 12: 06